IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN STRACK,

    Petitioner,               No. CIV S-07-0580 DFL DAD P

    vs.

ROSANNE CAMBELL,

    Respondent.             <u>ORDER</u>

_____/

        On March 26, 2007, petitioner filed a petition for writ of habeas corpus challenging prison disciplinary proceedings and classification decisions which effected him at Mule Creek State Prison. On March 29, 2007, petitioner filed another petition for wit of habeas corpus in which he challenges his 2005 denial of release on parole. The Clerk of the Court erroneously filed this new and different petition in the case number assigned to the first petition. On April 24, 2007, the court issued an order directing respondent to file a response to the petition within thirty days. That order did not address the fact that a second petition had been mistakenly assigned this same case number.

        Respondent's counsel has informally notified the court that petitioner has filed two distinct petitions for writ of habeas corpus and sought clarification as to which petition respondent should address. Good cause appearing, respondent will be ordered to file a response

1

to petitioner's March 26, 2007 petition (Docket Entry #1) within thirty days from the date of this order. The Clerk of the Court is directed to remove the petition filed on March 29, 2007 (Docket Entry #3), from this case file and to assign it a new case number as a separate habeas action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's March 26, 2007 petition for writ of habeas corpus (Docket Entry #1) within thirty days from the date of this order;

2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondent's reply, if any, shall be filed within fifteen days thereafter; and

4. The Clerk of the Court is directed to open a new action containing petitioner's March 29, 2007 petition (Docket Entry #3) and randomly assign the case in accordance with court procedures.

DATED: April 30, 2007.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
stra0580.clar