IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN STRACK,<br><br>    Petitioner,<br><br>vs.<br><br>ROSEANNE CAMPBELL, Warden,<br><br>    Respondent. | No. 2:07-cv-00580-JKS-DAD<br><br>ORDER |

   Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

   On December 19, 2007, the Magistrate Judge filed Findings and Recommendations, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  No objections to the Findings and Recommendations have been filed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.

   Accordingly, IT IS HEREBY ORDERED THAT:

1.  The Findings and Recommendations filed December 19, 2007, are adopted in full;

2.  Respondent's motion to dismiss at Docket No. 9 is GRANTED;

3.  Petitioner's application for a writ of habeas corpus is DISMISSED; and

4.  The Clerk of the Court to enter final judgment accordingly.

   **IT IS FURTHER ORDERED THAT** the Court declines to issue a Certificate of Appealability.  28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (a COA should be granted where the applicant has made "a substantial showing of the denial of a constitutional right," *i.e.,* when "reasonable jurists could debate whether (or, for that matter,

agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further" (internal quotation marks and citations omitted)).[1]  Any further request for a Certificate of Appealability must be addressed to the Court of Appeals.  *See* Fed. R. App. P. 22(b); Ninth Circuit R. 22-1.

Dated:  February 21, 2008.

                                        s/ James K. Singleton, Jr.
                                        JAMES K. SINGLETON, JR.
                                        United States District Judge

---

[1] While the failure to object to the Findings and Recommendations of the Magistrate Judge constitutes a waiver of the right to appeal factual findings, it does not, standing alone, constitute a waiver of the right to appeal legal conclusions.  *Robbins v. Carey*, 481 F.3d 1143, 1146–47 (9th Cir. 2007); *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156 (9th Cir. 1991).